IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

HUGO GOMEZ-ARENAS,

          Defendant.

SEALED

Case No. 26-mj-172

---

COMPLAINT FOR VIOLATION OF TITLE 8,
UNITED STATES CODE, SECTION 1326

---

BEFORE United States Magistrate Judge
Anita Marie Boor

United States District Court
120 North Henry Street
Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

<u>COUNT 1</u>

On or about February 25, 2026, in the Western District of Wisconsin, the

defendant,

HUGO GOMEZ-ARENAS,

an alien, was found in the United States after having been removed, and not having

obtained the express consent of the United States Attorney General or the Secretary of

Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326).

This complaint is based on the attached affidavit of Homeland Security

Investigations Special Agent Thomas M. Koch.


_____/s/_____
THOMAS M. KOCH, Special Agent
Homeland Security Investigations


Sworn to me telephonically this __17th__ day of July 2026.


_/s/ Anita Marie Boor_____
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge

2

COUNTY OF DANE                         )
                                       ) ss
STATE OF WISCONSIN                     )

**AFFIDAVIT**

I, Thomas M. Koch, first being duly sworn under oath, hereby depose and state as follows:

1.      I am a Special Agent with Homeland Security Investigations (HSI), an investigative branch of the United States Department of Homeland Security (DHS) and have been so employed since July 2019.  I am employed by the DHS as a designated Immigration Officer since August 2010, first as a Border Patrol Agent with the United States Border Patrol, next as a Marine Interdiction Agent with Air and Marine Operations, and then as a Deportation Officer with Immigration and Customs Enforcement (ICE).  I have conducted numerous investigations involving both criminal and administrative violations of federal laws, including immigration and customs violations.

2.      This affidavit is submitted in support of an application for a complaint charging HUGO GOMEZ-ARENAS with violating Title 8, United States Code, Section 1326, as he is an alien and was found in the United States after having been removed, and not having obtained the express consent of the United States Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

3.      This affidavit is based upon my personal involvement in this investigation, my training and experience, my review of relevant evidence, as well as information supplied to me by other law enforcement officers.  It does not include each

and every fact known to me about this investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

4.      On February 25, 2026, GOMEZ-ARENAS was arrested by the Wausau Police Department and booked into the Wausau Police Department in Wausau, Wisconsin.  He was charged in Case No. 26CM157 with Battery with a Domestic Abuse Charge Modifier, and Criminal Damage to Property with a Domestic Abuse Charge Modifier in Marathon County.

5.      At the time of booking at the Wausau Police Department, GOMEZ-ARENAS's fingerprints and photograph were taken and electronically submitted to federal databases including the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT).  IAFIS is a national fingerprint and criminal history system maintained by the Department of Justice, Federal Bureau of Investigation (FBI)'s Criminal Justice Information Services (CJIS) Division and provides automated fingerprint search capabilities, latent search capabilities, electronic image storage, and electronic exchange of fingerprints and responses.  IDENT is the central DHS system for storage and processing of biometric and associated biographic information for national security; law enforcement; immigration and border management.

6.      After GOMEZ-ARENAS's fingerprints were submitted to Department of Justice and Department of Homeland Security databases by the Wausau Police Department, they were electronically matched to FBI# ending in 7LNF and are now associated with his criminal history and Alien Registration # ending in 3 432.

2

7.    I reviewed documents from the Alien Registration File A# ending in 3 432 which is the A-File assigned to GOMEZ-ARENAS.  Documents within the A-File indicate that FBI# ending in 7LNF has been assigned to GOMEZ-ARENAS as a result of his previous arrests by federal, state, and local law enforcement agencies.  An A-File is a file created by DHS or its legacy agencies and is used to document aliens' interactions with the Federal government during their immigration proceedings.  They include all of an individual's official immigration and naturalization records and are identified by a unique A-Number.  Documents within GOMEZ-ARENAS's A-File as well as DHS databases indicate the following information:

a.    On or about August 16, 2018, the U.S. Border Patrol (USBP) arrested GOMEZ-ARENAS at or near Calexico, California after he illegally entered the United States from Mexico.  At the time of his arrest by the USBP, GOMEZ-ARENAS stated he was a citizen and national of Mexico.  On August 17, 2018, GOMEZ-ARENAS was ordered removed from the United States to Mexico by a Designated Official.  On August 17, 2018, GOMEZ-ARENAS was removed from the United States to Mexico via Calexico, California.

8.    I have reviewed records checks of federal databases which indicate that GOMEZ-ARENAS has never applied for permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States after having been previously removed.

9.    Based on the foregoing, I submit there is probable cause to believe that on or about February 25, 2026, GOMEZ-ARENAS violated Title 8, United States Code,

3

Section 1326.  Accordingly, I respectfully request that the Court issue a complaint

charging GOMEZ-ARENAS with that crime.

_____/s/_____
THOMAS M. KOCH, Special Agent
Homeland Security Investigations

Sworn to me telephonically this __17th__ day of July 2026.

/s/ Anita Marie Boor
_____
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge